**In the Matter of William Michael ANTINORE.**

**No. 241 Disciplinary Docket No. 3.
Board File No. C1–96–164.**

Supreme Court of Pennsylvania.

Sept. 26, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of September, 1996, William Michael Antinore having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated March 28, 1996; the said William Michael Antinore having been directed on July 31, 1996, to inform this Court of any claim he has that the

---

**6.** The Department asserts that an affirmance of the Commonwealth Court would be tantamount to opening a tax "loophole". If indeed the Department is correct in stating that our affirmance of the Commonwealth Court's decision will open a "loophole" in the taxing scheme, then such a "loophole" is for the legislature to close. The

function of this court is to interpret and apply the laws as enacted by the legislature; it certainly is not within our purview to decide that the scope of those duly enacted laws needs to be expanded simply because we may believe that they do not adequately address the fiscal needs of this Commonwealth.

**630**

imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that William Michael Antinore is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.